SNELL & WILMER L.L.P.
Elizabeth M. Weldon, Bar No. 223452
eweldon@swlaw.com
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

David E. Rogers (appearing *pro hac vice*)
drogers@swlaw.com
Sid Leach (appearing *pro hac vice*)
sleach@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070

Attorneys for Defendant
Best Western International, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., et al.,<br><br>Defendants. | Case No. SACV12-00522 AG (ANx)<br>Hon. Andrew J. Guilford<br><br>***AMENDED* NOTICE OF HEARING RE MOTION TO STAY LITIGATION PENDING OUTCOME OF *INTER PARTES* REEXAMINATION AND *EX PARTE* REEXAMINATION**<br><br>**New Date:  March 11, 2013**<br>**New Time:  10:00 a.m.**<br>**New Location: 10D**<br>Old Date:   March 15, 2013<br>Old Time:   2:30 p.m.<br>Old Ctrm:   10A |
| AND RELATED COUNTERCLAIMS | Complaint Filed: April 4, 2012<br>Trial Date:   June 17, 2014 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 11, 2013, at 10:00 a.m., in the courtroom 10D, of the Hon. Andrew J. Guilford of the above-entitled Court, located at 411 W. Fourth Street, Santa Ana, California 92701, Defendants Ethostream LLC, Ramada Worldwide, Inc., Best Western International, Inc., Choice Hotels International Inc., iBAHN General Holdings Corp., Intercontinental Hotels Group Resources Inc., LodgeNet Interactive Corporation, Marriott International, Inc., Six Continents Hotels Inc. and T-Mobile USA, Inc. (collectively, the "Defendants") move this Court to stay this litigation pending the outcome of the *Inter Partes* Reexamination ("IPR")[1] and *Ex Parte* Reexamination ("EPR")[2] of the single patent asserted in this litigation, U.S. Patent No. 6,779,118 (the "'118 patent"). All claims of the '118 patent currently stand rejected in both the IPR and EPR as being invalid in view of the prior art. Discovery is just beginning in this case. A stay will eliminate, or greatly simplify, the issues in question here, and will not cause Plaintiff Linksmart Wireless Technology, LLC ("Plaintiff") undue prejudice or a clear tactical disadvantage, particularly since it is a non-manufacturing entity ("NME") that can be compensated by monetary damages. This Motion is based on the previously filed Memorandum of Points and Authorities, the Declaration of David E. Rogers ("Ex. 1"), and any other evidence and arguments as may be presented in support of this Motion. This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 2, 2013.

Dated:        February 11, 2013            SNELL & WILMER L.L.P.

By: */s/Elizabeth M. Weldon*
Elizabeth M. Weldon
David E. Rogers
Sid Leach
Attorneys for Defendant
Best Western International, Inc.

---

[1] *Inter Partes* Reexamination No. 95/002,035.
[2] *Ex Parte* Reexamination No. 90/012,342.

16590006.1

*Linksmart Wireless Technology, LLC v. T-Mobile USA, Inc., et al.*
**US District Court, Central District of CA, Case No. SACV12-522 AG (ANx)**

### CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2013, I electronically filed the document described ***AMENDED*** **NOTICE OF HEARING RE MOTION TO STAY LITIGATION PENDING OUTCOME OF INTER PARTES REEXAMINATION AND EX PARTE REEXAMINATION** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| RUSS AUGUST & KABAT<br>Larry C. Russ<br>Marc A. Fenster<br>Irene Y. Lee<br>Andrew D. Weiss<br>Michael T. Boardman<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025 | Attorneys for Plaintiff<br>Linksmart Wireless Technology, LLC<br>Tel: 310-826-7474<br>Fax: 310-826-6991<br>lruss@raklaw.com<br>mfenster@raklaw.com<br>ilee@raklaw.com<br>aweiss@raklaw.com<br>mboardman@raklaw.com |
| BROWN, WHITE & NEWHOUSE, LLP<br>George B. Newhouse, Jr.<br>333 South Hope St., 40th Fl<br>Los Angeles, CA 90071 | Attorneys for Defendant<br>Choice Hotels International, Inc.<br>Tel: 213-613-9474<br>Fax: 213-613-0550<br>gnewhouse@brownwhitelaw.com |
| WILEY REIN LLP<br>Kevin P. Anderson<br>Gregory R. Lyons<br>1776 K Street NW<br>Washington, DC 20006 | Attorneys for Defendant<br>Choice Hotels International, Inc.<br>Tel: 202-719-7000<br>Fax: 202-719-7049<br>kanderson@wileyrein.com<br>glyons@wileyrein.com |
| AKIN BUMP STRAUSS HAUER & FELD LLP<br>David M. Stein<br>633 West Fifth St. #5000<br>Los Angeles, CA 90071 | Attorneys for Defendants Ethostream LLC and Ramada Worldwide, Inc.<br>Tel: 213-254-1200<br>Fax: 213-254-1201<br>dstein@akingump.com |
| GODFREY & KAHN, S.C.<br>Brian G. Gilpin<br>780 N. Water Street<br>Milwaukee, WI 53202 | Attorneys for Ethostream, LLC and Ramada Worldwide, Inc.<br>Tel: 414-273-3500<br>Fax: 414-273-5198<br>bgilpin@gklaw.com |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

| | | |
|---|---|---|
| 1 | GODFREY & KAHN, S.C.<br>James D. Petersen<br>One East Main Street<br>Madison, WI 53701 | Attorneys for Ethostream, LLC and Ramada Worldwide, Inc.<br>Tel: 608-257-3911<br>Fax: 608-257-0609<br>bgilpin@gklaw.com |
| 4 | PERKINS COIE LLP<br>Grant E. Kinsel<br>1888 Century Park E., #1700<br>Los Angeles, CA 90067-1721 | Attorneys for Defendant iBAHN General Holdings Corp.<br>Tel: 310-788-9900<br>Fax: 310-788-3399<br>GKinsel@perkinscoie.com |
| 7 | PERKINS COIE LLP<br>Michael D. Broaddus<br>1201 Third Ave., #4900<br>Seattle, WA 98101 | Attorneys for Defendant iBAHN General Holdings Corp.<br>Tel: 206-359-8000<br>Fax: 206-359-9000<br>MBroaddus@perkinscoie.com |
| 10 | MORRISON & FOERSTER LLP<br>Douglas J. Beteta<br>555 West Fifth Street, #3500<br>Los Angeles, CA | Attorneys for Defendant LodgeNet Interactive Corporation<br>Tel: 213-892-5200<br>Fax: 213-892-5454<br>dbeteta@mofo.com |
| 13 | MORRISON & FOERSTER LLP<br>Mark E. Ungerman<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006 | Attorneys for Defendant LodgeNet Interactive Corporation<br>Tel: 202-887-1500<br>Fax: 202-785-7597<br>mungerman@mofo.com |
| 16 | CROWELL & MORING, LLP<br>Brian M. Koide<br>Craig P. Lytle<br>Jeffrey Ahdoot<br>John L. Cuddihy<br>1001 Pennsylvania Avenue N.W.<br>Washington, DC 20004-2595 | Attorneys for Marriott International, Inc.<br>Tel: 202-624-2500<br>Fax: 202-628-5116<br>bkoide@crowell.com<br>clytle@crowell.com<br>jahdoot@crowell.com<br>jcuddihy@crowell.com |
| 21 | CROWELL & MORING, LLP<br>John S. Gibson<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614-8505 | Attorneys for Marriott International, Inc.<br>Tel: 949-263-8400<br>Fax: 949-263-7414 |
| 23 | DLA PIPER LLP (US)<br>Erin P. Gibson<br>401 B. Street, #1700<br>San Diego, CA 92101 | Attorneys for Defendants Six Continents Hotels, Inc. and InterContinental Hotels Group Resources, Inc.<br>Tel: 619-699-2862<br>Fax; 619-699-2701<br>erin.gibson@dlapiper.com |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

| | | |
|---|---|---|
| 1 | DLA PIPER LLP (US) | Attorneys for Defendants Six |
| 2 | John M. Guaragna<br>401 Congress Avenue #2500 | Continents Hotels, Inc. and<br>InterContinental Hotels Group |
| 3 | Austin, TX  78701-3799 | Resources, Inc.<br>Tel:   512-457-7000 |
| 4 | | Fax;  512-457-7001<br>john.guaragna@dlapiper.com |
| 5 | | |
| 6 | WILMER CUTLER PICKERING<br>  HALE and DORR LLP | Attorneys for Defendant T-Mobile<br>USA, Inc. |
| 7 | Nandan R. Padmanabhan<br>Erin Greenfield Mehta | Tel:   213-443-5300<br>Fax:  213-443-5400 |
| 8 | 350 South Grand Avenue, #2100<br>Los Angeles, CA  90071-3197 | nandan.padmanabhan@wilmerhale.com<br>erin.mehta@wilmerhale.com |
| 9 | WILMER CUTLER PICKERING<br>  HALE and DORR LLP | Attorneys for Defendant T-Mobile<br>USA, Inc. |
| 10 | Adam Romero<br>David Bassett | Tel:   212-230-8875<br>Fax:  212-230-8888 |
| 11 | Erin Greenfield Mehta<br>Noah Levine | adam.romero@wilmerhale.com<br>david.bassett@wilmerhale.com |
| 12 | Sadaf R. Abdullah<br>7 World Trade Center | erin.mehta@wilmerhale.com<br>noah.levine@wilmerhal.com |
| 13 | New York, NY 10007 | sadaf.abdullah@wilmerhal.com |
| 14 | WILMER CUTLER PICKERING<br>  HALE and DORR LLP | Attorneys for Defendant T-Mobile<br>USA, Inc. |
| 15 | Kate Saxton<br>60 State Street | Tel:   617-526-6253<br>Fax:  617-526-5000 |
| 16 | Boston, MA  02109 | late.saxton@wilmerhale.com |

Dated:  February 11, 2013        SNELL & WILMER L.L.P.

By: */s/ Elizabeth M. Weldon*
  Elizabeth M. Weldon
  David E. Rogers
  Sid Leach
  Attorneys for Best Western
  International, Inc.