Name and address:

Kirk R. Ruthenberg
Dentons US LLP
1301 K Street, NW
Suite 600 East Tower
Washington, DC  20005

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LINKSMART WIRELESS TECHNOLOGY, LLC, | CASE NUMBER |
|---|---|
| Plaintiff(s) | SACV 12-522-AG (ANx) |
| v. | |
| T-MOBILE USA, INC., ET AL., | **APPLICATION OF NON-RESIDENT** |
| Defendant(s). | **ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:  Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case application**. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

**A CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Kirk R. Ruthenberg _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: T-Mobile USA, Inc. _____ by whom I have been retained.

My business information is:
Dentons US LLP
_____
*Firm Name*
130 K Street, NW, Suite 600 East Tower
_____
*Street Address*
Washington, DC  20005                        kirk.ruthenberg@dentons.com
_____
*City, State, Zip*                              *E-Mail Address*
202-408-6410                                202-408-6399
_____
*Telephone Number*                            *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| *Title of Court* | *Date of Admission* |
|---|---|
| See attached page | |
| | |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate <u>Bethany M. Stevens (SBN: 245672)</u> as local counsel, whose business information is as follows:

<u>Wilmer Cutler Pickering Hale and Dorr LLP</u>
*Firm Name*

<u>350 South Grand Avenue, Suite 2100</u>
*Street Address*

<u>Los Angeles, CA  90071-3197</u>      <u>bethany.stevens@wilmerhale.com</u>
*City, State, Zip*                              *E-Mail Address*

<u>213-443-5324</u>                              <u>213-443-5400</u>
*Telephone Number*                              *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated      June 5, 2013

Kirk R. Ruthenberg
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated      6/7/13

Bethany Stevens
*Designee's Name (please print)*

*Designee's Signature*

245672
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

## KIRK R. RUTHENBERG, ESQ. - BAR/COURT INFORMATION

| COURT | ADMISSION DATE | BAR |
|---|---|---|
| Illinois Supreme Court | 11/05/79 | 3125708 |
| U.S. District Court For The Northern District Of Illinois | 12/13/79 | |
| District Of Columbia Bar | 09/07/88 | 415520 |
| District Of Columbia Court Of Appeals | 09/07/88 | |
| United States Court Of Appeals For The District Of Columbia Circuit | 08/15/00 | 46986 |
| United States District Court For The District Of Columbia | 03/06/89 | |
| United States District Court For The District of Maryland | 04/24/92 | 09893 |
| Maryland Court Of Appeals | 06/04/91 | |
| United States District Court For The Eastern District Of Michigan | 07/15/98 | |
| United States Court Of Appeals For The Third Circuit | 10/12/99 | |
| United States Court Of Appeals For The Fourth Circuit | 01/19/93 | |
| United States Court Of Appeals For The Federal Circuit | 01/08/01 | |
| Supreme Court Of The United States | 06/21/04 | |

25539282\V-1

# Court of Appeals
## of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

I, *Bessie M. Decker, Clerk of the Court of Appeals of Maryland,* do hereby certify that on the fourth day of June, 1991,

### Kirk Robert Ruthenberg

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-eighth day of May, 2013.*

*Bessie M. Decker*
_____
*Clerk of the Court of Appeals of Maryland*



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that*

## KIRK  R.  RUTHENBERG

*was on* **SEPTEMBER 7, 1988,** *duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C, on* **May 29, 2013**

*JULIO A. CASTILLO*
*Clerk of the Court*

By: _____
*Deputy Clerk*

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Kirk Robert Ruthenberg

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 1979 and is in good standing, so far as the records of this office disclose:

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, May 28, 2013.

*Carolyn Taft Grosboll*

Clerk