David B. Bassett (*Pro Hac Vice*)
david.bassett@wilmerhale.com
Noah Levine (*Pro Hac Vice*)
noah.levine@wilmerhale.com
Adam P. Romero (*Pro Hac Vice*)
adam.romero@wilmerhale.com
Sadaf R. Abdullah (*Pro Hac Vice*)
sadaf.abdullah@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

(*Caption continued on next page*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. SACV12-00522-AG<br>Hon. Andrew J. Guilford<br><br>**DECLARATION OF ADAM P. ROMERO IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF MOTION TO STAY LITIGATION**<br><br>Hearing Date: July 8, 2013<br>Hearing Time: 10:00 a.m.<br>Ctrm: 10D |

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

1  Bethany Stevens (SBN: 245672)
   Bethany.stevens@wilmerhale.com
2  WILMER CUTLER PICKERING
   HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
4  Telephone: (213) 443-5300
   Facsimile: (213) 443-5400
5
   Kate Saxton (*Pro Hac Vice*)
6  kate.saxton@wilmerhale.com
   WILMER CUTLER PICKERING
7  HALE AND DORR LLP
   60 State Street
8  Boston, MA 02109
   Telephone: (617) 526-6253
9  Facsimile: (617) 526-5000

10 *Attorneys for Defendant-Counterclaimant T-Mobile USA, Inc.*

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Romero Declaration in Support of
Defendants' Motion for Reconsideration
SACV12-522-AG

I, Adam P. Romero, declare and state as follows:

1. I am a Senior Associate at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I am admitted *pro hac vice* as counsel to Defendant-Counterclaimant T-Mobile USA, Inc. in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the PTO's Decision *Sua Sponte* Merging Reexamination Proceedings in *Ex Parte* Reexamination No. 90/012,342 and *Inter Partes* Reexamination No. 95/002,035, dated March 20, 2013

3. Attached as Exhibit B is a true and correct copy of the PTO's Action Closing Prosecution in *Ex Parte* Reexamination No. 90/012,342 and *Inter Partes* Reexamination No. 95/002,035, dated April 29, 2013.

4. Attached as Exhibit C is a true and correct copy of *Pi-Net Int'l, Inc. v. The Hertz Corp.*, No. CV 12-10012 PSG, Order Granting Motion to Stay (C.D. Cal. June 5, 2013) (ECF No. 31).

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed this 10th day of June, 2013 at New York, New York.

*/s/ Adam P. Romero*
Adam P. Romero