David B. Bassett (*Pro Hac Vice*)
david.bassett@wilmerhale.com
Noah Levine (*Pro Hac Vice*)
noah.levine@wilmerhale.com
Adam P. Romero (*Pro Hac Vice*)
adam.romero@wilmerhale.com
Sadaf R. Abdullah (*Pro Hac Vice*)
sadaf.abdullah@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

(*Caption continued on next page*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. SACV12-00522-AG<br>Hon. Andrew J. Guilford<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF MOTION TO STAY LITIGATION**<br><br>Hearing Date: July 8, 2013<br>Hearing Time: 10:00 a.m.<br>Courtroom: 10D |

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Notice of Lodging of [Proposed] Order Granting
Defendants' Motion for Reconsideration of
Motion to Stay Litigation
SACV12-522-AG

Bethany Stevens (SBN: 245672)
Bethany.stevens@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Kate Saxton (*Pro Hac Vice*)
kate.saxton@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6253
Facsimile: (617) 526-5000

*Attorneys for Defendant-Counterclaimant T-Mobile USA, Inc.*

Grant E. Kinsel (SBN: 172407)
gkinsel@perkinscoie.com
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 788-9900
Facsimile: (310) 788-3399

Michael D. Broaddus (*Pro Hac Vice*)
mbroaddus@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8694
Facsimile: (206) 359-9694

*Attorneys for Defendant-Counterclaimant iBAHN General Holdings Corp.*

David M. Stein (SBN: 198256)
dstein@akingump.com
Akin Gump Strauss Hauer and Feld LLP
633 West Fifth Street Suite 5000
Los Angeles, CA 90071
Telephone: (213) 254-1200
Facsimile: (213) 229-1001

James D. Peterson (*Pro Hac Vice*)
jpeterson@gklaw.com
Godfrey and Kahn SC
One East Main Street, PO Box 2719
Madison, WI 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Notice of Lodging of [Proposed] Order Granting
Defendants' Motion for Reconsideration of
Motion to Stay Litigation
SACV12-522-AG

Brian G Gilpin (*Pro Hac Vice*)
bgilpin@gklaw.com
Godfrey and Kahn SC
780 North Water Street
Milwaukee, WI 53202
Telephone: 414-273-3500
Facsimile: 414-273-5198

*Attorneys for Defendants-Counterclaimants Ethostream LLC and Ramada Worldwide Inc.*

John S. Gibson (SBN: 140647)
jgibson@crowell.com
Crowell and Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8414
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Brian M. Koide (*Pro Hac Vice*)
bkoide@crowell.com
Craig P. Lytle (*Pro Hac Vice*)
clytle@crowell.com
Jeffrey Ahdoot (*Pro Hac Vice*)
jahdoot@crowell.com
John L. Cuddihy (*Pro Hac Vice*)
jcuddihy@crowell.com
Crowell and Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2931
Facsimile: (949) 263-8414

*Attorneys for Defendant-Counterclaimant Marriott International Inc.*

John M. Guaragna (SBN: 199277)
john.guaragna@dlapiper.com
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799
Telephone: (512) 457-7125
Facsimile: (512) 721 2325

Erin Paige Gibson (SBN: 229605)
erin.gibson@dlapiper.com
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 699-2862

*Attorneys for Defendants-Counterclaimants Six Continents Hotels, Inc. and Intercontinental Hotels Group Resources, Inc.*

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Notice of Lodging of [Proposed] Order Granting
Defendants' Motion for Reconsideration of
Motion to Stay Litigation
SACV12-522-AG

1  George B. Newhouse, Jr. (SBN: 107036)
   gnewhouse@brownwhitelaw.com
2  Brown White & Newhouse, Jr.
   333 South Hope St., 40th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 613-0500
4  Facsimile: (213) 613-0550

5  Gregory R. Lyons (*Pro Hac Vice*)
   glyons@wileyrein.com
6  Kevin P. Anderson (*Pro Hac Vice*)
   kanderson@wileyrein.com
7  Wiley Rein LLP
   1776 K Street NW
8  Washington, DC 20006
   Telephone: (202) 719-7000
9  Facsimile: (202) 719-7049

10 *Attorneys for Defendant Choice Hotels International, Inc.*

11 Elizabeth M. Weldon (#223452)
   eweldon@swlaw.com
12 SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
13 Costa Mesa, California  92626-7689
   Telephone: (714) 427-7000
14 Facsimile: (714) 427-7799

15 David E. Rogers (*Pro Hac Vice*)
   drogers@swlaw.com
16 Sid Leach (*Pro Hac Vice*)
   sleach@swlaw.com
17 SNELL & WILMER L.L.P.
   One Arizona Center
18 400 E. Van Buren
   Phoenix, AZ  85004-2202
19 Telephone: (602) 382-6000
   Facsimile: (602)382-6070

20
   *Attorneys for Defendant Best Western International, Inc.*

Notice of Lodging of [Proposed] Order Granting
Defendants' Motion for Reconsideration of
Motion to Stay Litigation
SACV12-522-AG

Please take notice that Defendants hereby lodge a proposed order granting Defendants' Motion for Reconsideration of Defendants' Motion to Stay Litigation.

DATED: June 10, 2013

Respectfully Submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Noah Levine*

Attorney for Defendant-Counterclaimant T-Mobile USA, Inc.

PERKINS COIE LLP

By: */s/ Michael D. Broaddus*

Attorney for Defendant-Counterclaimant iBAHN General Holdings Corp.

GODFREY AND KAHN SC

By: */s/ James D. Peterson*

Attorney for Defendants-Counterclaimants Ethostream LLC and Ramada Worldwide Inc.

CROWELL AND MORING LLP

By: */s/ Brian Koide*

Attorney for Defendant-Counterclaimant Marriott International Inc.

DLA PIPER LLP (US)

By: */s/ John M. Guaragna*

Attorneys for Defendants-Counterclaimants Six Continents Hotels, Inc. and Intercontinental Hotels Group Resources, Inc.

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Notice of Lodging of [Proposed] Order Granting Defendants' Motion for Reconsideration of Motion to Stay Litigation
SACV12-522-AG

1

WILEY REIN LLP

By: */s/ Gregory R. Lyons*

Attorneys for Defendant Choice Hotels International, Inc.

SNELL & WILMER L.L.P.

BY: */s/David E. Rogers*

Attorneys for Defendant
Best Western International, Inc.

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

2

Notice of Lodging of [Proposed] Order Granting Defendants' Motion for Reconsideration of Motion to Stay Litigation
SACV12-522-AG

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2013, I electronically filed the foregoing Notice of Lodging of [Proposed] Order Granting Defendants' Motion for Reconsideration of Motion to Stay Litigation, and the referenced [Proposed] Order, through the Court's Electronic Case Filing ("ECF") System. Notice of each filing is being served upon all counsel of record automatically through the ECF System.

/s/ Adam P. Romero
Adam P. Romero

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

3

Notice of Lodging of [Proposed] Order Granting
Defendants' Motion for Reconsideration of
Motion to Stay Litigation
SACV12-522-AG