David B. Bassett (*Pro Hac Vice*)
david.bassett@wilmerhale.com
Noah Levine (*Pro Hac Vice*)
noah.levine@wilmerhale.com
Adam P. Romero (*Pro Hac Vice*)
adam.romero@wilmerhale.com
Sadaf R. Abdullah (*Pro Hac Vice*)
sadaf.abdullah@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

(*Caption continued on next page*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>T-MOBILE USA, INC., et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. SACV12-00522-AG<br>Hon. Andrew J. Guilford<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF MOTION TO STAY LITIGATION**<br><br>Hearing Date: July 8, 2013<br>Hearing Time: 10:00 a.m.<br>Ctrm: 10D |

1  Bethany Stevens (SBN: 245672)
   Bethany.stevens@wilmerhale.com
2  WILMER CUTLER PICKERING
   HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
4  Telephone: (213) 443-5300
   Facsimile: (213) 443-5400
5
   Kate Saxton (*Pro Hac Vice*)
6  kate.saxton@wilmerhale.com
   WILMER CUTLER PICKERING
7  HALE AND DORR LLP
   60 State Street
8  Boston, MA 02109
   Telephone: (617) 526-6253
9  Facsimile: (617) 526-5000

10 *Attorneys for Defendant-Counterclaimant T-Mobile USA, Inc.*

11 Grant E. Kinsel (SBN: 172407)
   gkinsel@perkinscoie.com
12 Perkins Coie LLP
   1888 Century Park East, Suite 1700
13 Los Angeles, CA 90067
   Telephone: (310) 788-9900
14 Facsimile: (310) 788-3399

15 Michael D. Broaddus (*Pro Hac Vice*)
   mbroaddus@perkinscoie.com
16 Perkins Coie LLP
   1201 Third Avenue, Suite 4900
17 Seattle, WA 98101-3099
   Telephone: (206) 359-8694
18 Facsimile: (206) 359-9694

19 *Attorneys for Defendant-Counterclaimant iBAHN General Holdings Corp.*

20 David M. Stein (SBN: 198256)
   dstein@akingump.com
21 Akin Gump Strauss Hauer and Feld LLP
   633 West Fifth Street Suite 5000
22 Los Angeles, CA 90071
   Telephone: (213) 254-1200
23 Facsimile: (213) 229-1001

24 James D. Peterson (*Pro Hac Vice*)
   jpeterson@gklaw.com
25 Godfrey and Kahn SC
   One East Main Street, PO Box 2719
26 Madison, WI 53701-2719
   Telephone: (608) 257-3911
27 Facsimile: (608) 257-0609

28                                                    [Proposed] Order Granting Defendants'
                                                      Motion for Reconsideration of
                                                      Motion to Stay Litigation
                                                      SACV12-522-AG

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

1 | Brian G Gilpin (*Pro Hac Vice*)
  | bgilpin@gklaw.com
2 | Godfrey and Kahn SC
  | 780 North Water Street
3 | Milwaukee, WI 53202
  | Telephone: 414-273-3500
4 | Facsimile: 414-273-5198

5 | *Attorneys for Defendants-Counterclaimants Ethostream LLC and Ramada Worldwide Inc.*

6 |

7 | John S. Gibson (SBN: 140647)
  | jgibson@crowell.com
  | Crowell and Moring LLP
8 | 3 Park Plaza, 20th Floor
  | Irvine, CA 92614-8414
9 | Telephone: (949) 263-8400
  | Facsimile: (949) 263-8414

10 |

11 | Brian M. Koide (*Pro Hac Vice*)
   | bkoide@crowell.com
   | Craig P. Lytle (*Pro Hac Vice*)
12 | clytle@crowell.com
   | Jeffrey Ahdoot (*Pro Hac Vice*)
13 | jahdoot@crowell.com
   | John L. Cuddihy (*Pro Hac Vice*)
14 | jcuddihy@crowell.com
   | Crowell and Moring LLP
15 | 1001 Pennsylvania Avenue, N.W.
   | Washington, D.C. 20004
16 | Telephone: (202) 624-2931
   | Facsimile: (949) 263-8414

17 |

18 | *Attorneys for Defendant-Counterclaimant Marriott International Inc.*

19 | John M. Guaragna (SBN: 199277)
   | john.guaragna@dlapiper.com
   | DLA Piper LLP (US)
20 | 401 Congress Avenue, Suite 2500
   | Austin, Texas 78701-3799
21 | Telephone: (512) 457-7125
   | Facsimile: (512) 721 2325

22 |

23 | Erin Paige Gibson (SBN: 229605)
   | erin.gibson@dlapiper.com
   | DLA Piper LLP (US)
24 | 401 B Street, Suite 1700
   | San Diego, CA 92101
25 | Telephone: (619) 699-2862

26 | *Attorneys for Defendants-Counterclaimants Six Continents Hotels, Inc. and Intercontinental Hotels Group Resources, Inc.*

27 |

28 |

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

[Proposed] Order Granting Defendants'
Motion for Reconsideration of
Motion to Stay Litigation
SACV12-522-AG

George B. Newhouse, Jr. (SBN: 107036)
gnewhouse@brownwhitelaw.com
Brown White & Newhouse, Jr.
333 South Hope St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 613-0500
Facsimile: (213) 613-0550

Gregory R. Lyons (*Pro Hac Vice*)
glyons@wileyrein.com
Kevin P. Anderson (*Pro Hac Vice*)
kanderson@wileyrein.com
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Attorneys for Defendant Choice Hotels International, Inc.*

Elizabeth M. Weldon (#223452)
eweldon@swlaw.com
Snell & Wilmer l.l.p.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

David E. Rogers (*Pro Hac Vice*)
drogers@swlaw.com
Sid Leach (*Pro Hac Vice*)
sleach@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602)382-6070

*Attorneys for Defendant Best Western International, Inc.*

[Proposed] Order Granting Defendants'
Motion for Reconsideration of
Motion to Stay Litigation
SACV12-522-AG

Having considered Defendants' Motion for Reconsideration of Defendants' Motion to Stay Litigation, and evidence and documents in support thereof, and good cause appearing, the Court hereby GRANTS Defendants' Motion. This case is stayed effective immediately. Upon final conclusion, including any appeals, of *Inter Partes* Reexamination No. 95/002,035 and *Ex Parte* Reexamination No. 90/012,342, any party to this litigation may move to lift the stay.

Dated: _____

Hon. Andrew Guilford
United States District Judge

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

[Proposed] Order Granting Defendants'
Motion for Reconsideration of
Motion to Stay Litigation
SACV12-522-AG

1