Kirk R. Ruthenberg
Dentons US LLP
1301 K Street, NW
Suite 600 East Tower
Washington, DC 20005

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC<br>Plaintiff(s)<br>v.<br>T-MOBILE USA, INC., ET AL.,<br>Defendant(s). | CASE NUMBER<br>SACV 12-522-AG (ANx)<br><br>**ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Ruthenberg, Kirk R.    of    Dentons US LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    130 K Street, NW, Suite 600 East Tower
                                                                Washington, DC 20005

202-408-6410        202-408-6399
*Telephone Number*    *Fax Number*

Kirk.ruthenberg@dentons.com
*E-Mail Address*    *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

T-Mobile USA, Inc.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff    X Defendant    ☐ Other:_____

**and designating as Local Counsel**

Stevens, Bethany M.    of    WilmerHale LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    350 S. Grand Ave., Suite 2100
                                                                Los Angeles, CA 90071

245672        213-443-5324
*Designee's Cal. Bar Number*    *Telephone Number*

213-443-5400
*Fax Number*    *Firm Name & Address*

Bethany.stevens@wilmerhale.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated June 11, 2013**

*[signature]*

**U.S. District Judge Andrew J Guilford**