RUSS AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Irene Y. Lee, State Bar No. 213625
Email: ilee@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

*Attorneys for Plaintiff Linksmart Wireless Technology, LLC*

David B. Bassett (*Pro Hac Vice*)
david.bassett@wilmerhale.com
Noah Levine (*Pro Hac Vice*)
noah.levine@wilmerhale.com
Adam P. Romero (*Pro Hac Vice*)
adam.romero@wilmerhale.com
Sadaf R. Abdullah (*Pro Hac Vice*)
sadaf.abdullah@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Bethany Stevens (SBN: 245672)
Bethany.stevens@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Kate Saxton (*Pro Hac Vice*)
kate.saxton@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6253
Facsimile: (617) 526-5000

*Attorneys for Defendant-Counterclaimant T-Mobile USA, Inc.*

Grant E. Kinsel (SBN: 172407)
gkinsel@perkinscoie.com
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 788-9900
Facsimile: (310) 788-3399

Michael D. Broaddus (*Pro Hac Vice*)
mbroaddus@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8694
Facsimile: (206) 359-9694

*Attorneys for Defendant-Counterclaimant iBAHN General Holdings Corp.*

David M. Stein (SBN: 198256)
dstein@akingump.com
Akin Gump Strauss Hauer and Feld LLP
633 West Fifth Street Suite 5000
Los Angeles, CA 90071
Telephone: (213) 254-1200
Facsimile: (213) 229-1001

James D. Peterson (*Pro Hac Vice*)
jpeterson@gklaw.com
Godfrey and Kahn SC
One East Main Street, PO Box 2719
Madison, WI 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Brian G Gilpin (*Pro Hac Vice*)
bgilpin@gklaw.com
Godfrey and Kahn SC
780 North Water Street
Milwaukee, WI 53202
Telephone: 414-273-3500
Facsimile: 414-273-5198

*Attorneys for Defendants-Counterclaimants Ethostream LLC and Ramada Worldwide Inc.*

John S. Gibson (SBN: 140647)
jgibson@crowell.com
Crowell and Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8414
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Brian M. Koide (*Pro Hac Vice*)
bkoide@crowell.com
Craig P. Lytle (*Pro Hac Vice*)
clytle@crowell.com
John L. Cuddihy (*Pro Hac Vice*)
jcuddihy@crowell.com
Crowell and Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2931
Facsimile: (949) 263-8414

STIPULATION TO EXTEND TIME

*Attorneys for Defendant-Counterclaimant Marriott International Inc.*

John M. Guaragna (SBN: 199277)
john.guaragna@dlapiper.com
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799
Telephone: (512) 457-7125
Facsimile: (512) 721 2325

Erin Paige Gibson (SBN: 229605)
erin.gibson@dlapiper.com
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 699-2862

*Attorneys for Defendants-Counterclaimants Six Continents Hotels, Inc. and Intercontinental Hotels Group Resources, Inc.*

George B. Newhouse, Jr. (SBN: 107036)
gnewhouse@brownwhitelaw.com
Brown White & Newhouse, Jr.
333 South Hope St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 613-0500
Facsimile: (213) 613-0550

Gregory R. Lyons (*Pro Hac Vice*)
glyons@wileyrein.com
Kevin P. Anderson (*Pro Hac Vice*)
kanderson@wileyrein.com
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Attorneys for Defendant Choice Hotels International, Inc.*

Elizabeth M. Weldon (#223452)
eweldon@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

David E. Rogers (*Pro Hac Vice*)
drogers@swlaw.com
Sid Leach (*Pro Hac Vice*)
sleach@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202

STIPULATION TO EXTEND TIME

Telephone: (602) 382-6000
Facsimile: (602)382-6070

*Attorneys for Defendant Best Western International, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., ET AL.<br><br>Defendants. | Case No. SACV 12-522 AG (ANx)<br><br>**STIPULATION TO EXTEND TIME FOR LINKSMART TO RESPOND TO DEFENDANTS' MOTION FOR RECONSIDERATION OF MOTION TO STAY LITIGATION**<br><br>The Honorable Andrew J. Guilford<br>United States District Court Judge<br><br>Hearing Date: July 8, 2013<br>Hearing Time: 10:00 a.m.<br>Courtroom: 10D |

RUSS, AUGUST & KABAT

STIPULATION TO EXTEND TIME

Plaintiff Linksmart Wireless Technology, LLC ("Plaintiff") and Defendants T-Mobile USA, Inc., IBahn General Holdings Corp., Ethostream, LLC, Ramada Worldwide, Inc., Marriott International, Inc., Six Continents Hotels, Inc., InterContinental Hotels Group Resources, Inc., Choice Hotels International, Inc. and Best Western International, Inc. (collectively, "Defendants") (Plaintiff and Defendants collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on June 10, 2013, Defendants filed their Motion for Reconsideration of Motion to Stay Litigation (D.I. 153);

WHEREAS, Linksmart's response to Defendants' Motion for Reconsideration of Motion to Stay Litigation is currently due on Monday, June 17, 2013;

WHEREAS, the hearing for Defendants' Motion for Reconsideration of Motion to Stay Litigation is currently set for hearing on July 8, 2013;

WHEREAS, the Parties have agreed that good cause exists to extend the time for Plaintiff to respond to Defendants' Motion for Reconsideration of Motion to Stay Litigation up until and including June 19, 2013;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT Plaintiff shall have up until and including June 19, 2013, to respond to Defendants' Motion for Reconsideration of Motion to Stay Litigation and jointly respectfully request that the Court enter the attached Proposed Order granting same.

Dated: June 17, 2013

Respectfully submitted,

RUSS AUGUST & KABAT

By: /s/ Andrew D. Weiss

Attorneys for Plaintiff
Linksmart Wireless Technology, LLC

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Noah Levine*

Attorney for Defendant-Counterclaimant T-Mobile USA, Inc.

PERKINS COIE LLP

By: */s/ Kevin A. Zeck*

Attorney for Defendant-Counterclaimant iBAHN General Holdings Corp.

GODFREY AND KAHN SC

By: */s/ James D. Peterson*

Attorney for Defendants-Counterclaimants Ethostream LLC and Ramada Worldwide Inc.

CROWELL AND MORING LLP

By: */s/ Brian Koide*

Attorney for Defendant-Counterclaimant Marriott International Inc.

DLA PIPER LLP (US)

By: */s/ Steven J. Reynolds*

Attorneys for Defendants-Counterclaimants Six Continents Hotels, Inc. and Intercontinental Hotels Group Resources, Inc.

WILEY REIN LLP

By: */s/ Gregory R. Lyons*

Attorneys for Defendant Choice Hotels International, Inc.

| | |
|---|---|
| 1 | |
| 2 | SNELL & WILMER L.L.P. |
| 3 | BY: */s/David E. Rogers* |
| 4 | Attorneys for Defendant<br>Best Western International, Inc. |
| 5 | |