| | |
|---|---|
| 1 | RUSS AUGUST & KABAT |
| | Marc A. Fenster, State Bar No. 181067 |
| 2 | Email: mfenster@raklaw.com |
| | Irene Y. Lee, State Bar No. 213625 |
| 3 | Email: ilee@raklaw.com |
| | Andrew D. Weiss, State Bar No. 232974 |
| 4 | Email: aweiss@raklaw.com |
| | 12424 Wilshire Boulevard, 12th Floor |
| 5 | Los Angeles, California 90025 |
| | Telephone: 310.826.7474 |
| 6 | Facsimile: 310.826.6991 |
| 7 | *Attorneys for Plaintiff Linksmart Wireless Technology, LLC* |
| 8 | David B. Bassett (*Pro Hac Vice*) |
| | david.bassett@wilmerhale.com |
| 9 | Noah Levine (*Pro Hac Vice*) |
| | noah.levine@wilmerhale.com |
| 10 | Adam P. Romero (*Pro Hac Vice*) |
| | adam.romero@wilmerhale.com |
| 11 | Sadaf R. Abdullah (*Pro Hac Vice*) |
| | sadaf.abdullah@wilmerhale.com |
| 12 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 13 | 7 World Trade Center |
| | New York, New York 10007 |
| 14 | Telephone: (212) 230-8800 |
| | Facsimile: (212) 230-8888 |
| 15 | |
| 16 | Bethany Stevens (SBN: 245672) |
| | Bethany.stevens@wilmerhale.com |
| 17 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 18 | 350 South Grand Avenue, Suite 2100 |
| | Los Angeles, CA 90071 |
| 19 | Telephone: (213) 443-5300 |
| | Facsimile: (213) 443-5400 |
| 20 | Kate Saxton (*Pro Hac Vice*) |
| | kate.saxton@wilmerhale.com |
| 21 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 22 | 60 State Street |
| | Boston, MA 02109 |
| 23 | Telephone: (617) 526-6253 |
| | Facsimile: (617) 526-5000 |
| 24 | |
| 25 | *Attorneys for Defendant-Counterclaimant T-Mobile USA, Inc.* |
| 26 | Grant E. Kinsel (SBN: 172407) |
| | gkinsel@perkinscoie.com |
| 27 | Perkins Coie LLP |
| | 1888 Century Park East, Suite 1700 |
| 28 | Los Angeles, CA 90067 |
| | Telephone: (310) 788-9900 |
| | Facsimile: (310) 788-3399 |

RUSS, AUGUST & KABAT

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME

| | |
|---|---|
| 1 | Michael D. Broaddus (*Pro Hac Vice*) |
| 2 | mbroaddus@perkinscoie.com<br>Perkins Coie LLP |
| 3 | 1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099 |
| 4 | Telephone: (206) 359-8694<br>Facsimile: (206) 359-9694 |
| 5 | *Attorneys for Defendant-Counterclaimant iBAHN General Holdings Corp.* |
| 6 | David M. Stein (SBN: 198256) |
| 7 | dstein@akingump.com<br>Akin Gump Strauss Hauer and Feld LLP |
| 8 | 633 West Fifth Street Suite 5000<br>Los Angeles, CA 90071 |
| 9 | Telephone: (213) 254-1200<br>Facsimile: (213) 229-1001 |
| 10 | James D. Peterson (*Pro Hac Vice*) |
| 11 | jpeterson@gklaw.com<br>Godfrey and Kahn SC |
| 12 | One East Main Street, PO Box 2719<br>Madison, WI 53701-2719 |
| 13 | Telephone: (608) 257-3911<br>Facsimile: (608) 257-0609 |
| 14 | Brian G Gilpin (*Pro Hac Vice*) |
| 15 | bgilpin@gklaw.com<br>Godfrey and Kahn SC |
| 16 | 780 North Water Street<br>Milwaukee, WI 53202 |
| 17 | Telephone: 414-273-3500<br>Facsimile: 414-273-5198 |
| 18 | *Attorneys for Defendants-Counterclaimants Ethostream LLC and Ramada Worldwide Inc.* |
| 19 | |
| 20 | John S. Gibson (SBN: 140647)<br>jgibson@crowell.com |
| 21 | Crowell and Moring LLP<br>3 Park Plaza, 20th Floor |
| 22 | Irvine, CA 92614-8414<br>Telephone: (949) 263-8400 |
| 23 | Facsimile: (949) 263-8414 |
| 24 | Brian M. Koide (*Pro Hac Vice*)<br>bkoide@crowell.com |
| 25 | Craig P. Lytle (*Pro Hac Vice*)<br>clytle@crowell.com |
| 26 | John L. Cuddihy (*Pro Hac Vice*)<br>jcuddihy@crowell.com |
| 27 | Crowell and Moring LLP<br>1001 Pennsylvania Avenue, N.W. |
| 28 | Washington, D.C. 20004<br>Telephone: (202) 624-2931<br>Facsimile: (949) 263-8414 |

RUSS, AUGUST & KABAT

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME

*Attorneys for Defendant-Counterclaimant Marriott International Inc.*

John M. Guaragna (SBN: 199277)
john.guaragna@dlapiper.com
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799
Telephone: (512) 457-7125
Facsimile: (512) 721 2325

Erin Paige Gibson (SBN: 229605)
erin.gibson@dlapiper.com
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 699-2862

*Attorneys for Defendants-Counterclaimants Six Continents Hotels, Inc. and Intercontinental Hotels Group Resources, Inc.*

George B. Newhouse, Jr. (SBN: 107036)
gnewhouse@brownwhitelaw.com
Brown White & Newhouse, Jr.
333 South Hope St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 613-0500
Facsimile: (213) 613-0550

Gregory R. Lyons (*Pro Hac Vice*)
glyons@wileyrein.com
Kevin P. Anderson (*Pro Hac Vice*)
kanderson@wileyrein.com
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Attorneys for Defendant Choice Hotels International, Inc.*

Elizabeth M. Weldon (#223452)
eweldon@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

David E. Rogers (*Pro Hac Vice*)
drogers@swlaw.com
Sid Leach (*Pro Hac Vice*)
sleach@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202

RUSS, AUGUST & KABAT

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME

Telephone: (602) 382-6000
Facsimile: (602)382-6070

*Attorneys for Defendant Best Western International, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., ET AL.<br><br>Defendants. | Case No. SACV 12-522 AG (ANx)<br><br>**[PROPSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR LINKSMART TO RESPOND TO DEFENDANTS' MOTION FOR RECONSIDERATION OF MOTION TO STAY LITIGATION**<br><br>The Honorable Andrew J. Guilford<br>United States District Court Judge<br><br>Hearing Date: July 8, 2013<br>Hearing Time: 10:00 a.m.<br>Courtroom: 10D |

# ORDER

WHEREAS, on June 17, 2013, the parties entered into a Stipulation allowing Plaintiff Linksmart Wireless Technology, LLC an extension of time to respond to Defendants' Motion for Reconsideration of Motion to Stay Litigation, and good cause appearing, the Court orders as follows:

The time for Linksmart to respond to Defendants' Motion for Reconsideration of Motion to Stay Litigation shall be extended up to and including June 19, 2013.

**IT IS SO ORDERED.**

Dated: _____      _____
                                      Honorable Andrew J. Guilford
                                      United States District Judge