# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., ET AL.<br><br>Defendants. | Case No. SACV 12-522 AG (ANx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR LINKSMART TO RESPOND TO DEFENDANTS' MOTION FOR RECONSIDERATION OF MOTION TO STAY LITIGATION**<br><br>The Honorable Andrew J. Guilford<br>United States District Court Judge<br><br>Hearing Date: July 8, 2013<br>Hearing Time: 10:00 a.m.<br>Courtroom: 10D |

# ORDER

WHEREAS, on June 17, 2013, the parties entered into a Stipulation allowing Plaintiff Linksmart Wireless Technology, LLC an extension of time to respond to Defendants' Motion for Reconsideration of Motion to Stay Litigation, and good cause appearing, the Court orders as follows:

The time for Linksmart to respond to Defendants' Motion for Reconsideration of Motion to Stay Litigation shall be extended up to and including June 19, 2013.

**IT IS SO ORDERED.**

Dated: June 17, 2013      _____
                          Honorable Andrew J. Guilford
                          United States District Judge