RUSS AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email:  mfenster@raklaw.com
Irene Y. Lee, State Bar No. 213625
Email:  ilee@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email:  aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone: 310.826.7474
Facsimile:  310.826.6991

*Attorneys for Plaintiff Linksmart Wireless Technology, LLC*

David B. Bassett (*Pro Hac Vice*)
david.bassett@wilmerhale.com
Noah Levine (*Pro Hac Vice*)
noah.levine@wilmerhale.com
Adam P. Romero (*Pro Hac Vice*)
adam.romero@wilmerhale.com
Sadaf R. Abdullah (*Pro Hac Vice*)
sadaf.abdullah@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Bethany Stevens (SBN: 245672)
Bethany.stevens@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Kate Saxton (*Pro Hac Vice*)
kate.saxton@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6253
Facsimile: (617) 526-5000

*Attorneys for Defendant-Counterclaimant T-Mobile USA, Inc.*

Grant E. Kinsel (SBN: 172407)
gkinsel@perkinscoie.com
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 788-9900
Facsimile: (310) 788-3399

RUSS, AUGUST & KABAT

STIPULATION TO STAY PENDING PREPARATION OF SETTLEMENT AGREEMENT

Michael D. Broaddus (*Pro Hac Vice*)
mbroaddus@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8694
Facsimile: (206) 359-9694

*Attorneys for Defendant-Counterclaimant iBAHN General Holdings Corp.*

David M. Stein (SBN: 198256)
dstein@akingump.com
Akin Gump Strauss Hauer and Feld LLP
633 West Fifth Street Suite 5000
Los Angeles, CA 90071
Telephone: (213) 254-1200
Facsimile: (213) 229-1001

James D. Peterson (*Pro Hac Vice*)
jpeterson@gklaw.com
Godfrey and Kahn SC
One East Main Street, PO Box 2719
Madison, WI 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Brian G Gilpin (*Pro Hac Vice*)
bgilpin@gklaw.com
Godfrey and Kahn SC
780 North Water Street
Milwaukee, WI 53202
Telephone: 414-273-3500
Facsimile: 414-273-5198

*Attorneys for Defendants-Counterclaimants Ethostream LLC and Ramada Worldwide Inc.*

John S. Gibson (SBN: 140647)
jgibson@crowell.com
Crowell and Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8414
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Brian M. Koide (*Pro Hac Vice*)
bkoide@crowell.com
Craig P. Lytle (*Pro Hac Vice*)
clytle@crowell.com
John L. Cuddihy (*Pro Hac Vice*)
jcuddihy@crowell.com
Crowell and Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2931
Facsimile: (949) 263-8414

RUSS, AUGUST & KABAT

*Attorneys for Defendant-Counterclaimant Marriott International Inc.*

John M. Guaragna (SBN: 199277)
john.guaragna@dlapiper.com
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799
Telephone: (512) 457-7125
Facsimile: (512) 721 2325

Erin Paige Gibson (SBN: 229605)
erin.gibson@dlapiper.com
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 699-2862

*Attorneys for Defendants-Counterclaimants Six Continents Hotels, Inc. and Intercontinental Hotels Group Resources, Inc.*

George B. Newhouse, Jr. (SBN: 107036)
gnewhouse@brownwhitelaw.com
Brown White & Newhouse, Jr.
333 South Hope St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 613-0500
Facsimile: (213) 613-0550

Gregory R. Lyons (*Pro Hac Vice*)
glyons@wileyrein.com
Kevin P. Anderson (*Pro Hac Vice*)
kanderson@wileyrein.com
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Attorneys for Defendant Choice Hotels International, Inc.*

Elizabeth M. Weldon (#223452)
eweldon@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California  92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

David E. Rogers (*Pro Hac Vice*)
drogers@swlaw.com
Sid Leach (*Pro Hac Vice*)
sleach@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202

RUSS, AUGUST & KABAT

STIPULATION TO STAY PENDING PREPARATION OF SETTLEMENT AGREEMENT

Telephone: (602) 382-6000
Facsimile: (602)382-6070

*Attorneys for Defendant Best Western International, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC, | Case No. SACV 12-522 AG (ANx) |
| Plaintiff, | **STIPULATION TO STAY PENDING PREPARATION OF SETTLEMENT AGREEMENT** |
| vs. | |
| T-MOBILE USA, INC., ET AL. | The Honorable Andrew J. Guilford United States District Court Judge |
| Defendants. | |

RUSS, AUGUST & KABAT

1    Plaintiff Linksmart Wireless Technology, LLC ("Plaintiff") and Defendants

2   T-Mobile USA, Inc., IBahn General Holdings Corp., Ethostream, LLC, Ramada

3   Worldwide, Inc., Marriott International, Inc., Six Continents Hotels, Inc.,

4   InterContinental Hotels Group Resources, Inc., Choice Hotels International, Inc.

5   and Best Western International, Inc. (collectively, "Defendants") (Plaintiff and

6   Defendants collectively, the "Parties"), by and through their undersigned counsel

7   of record, hereby stipulate as follows:

8    WHEREAS, on June 20, 2013, the Parties agreed in principle to settlement

9   of this action;

10    WHEREAS, the Parties are in process of drafting the final settlement;

11    WHEREAS, in light of the number of Defendants involved, the Parties

12   believe that it will likely take at least 30 days to draft the final settlement;

13    WHEREAS, the Parties believe it would be most efficient for the Court and

14   the Parties to stay all pending deadlines in this action for 30 days, and to cancel

15   until further notice the hearing on the motion for reconsideration set for July 8,

16   2013 and the claim construction hearing set for July 17, 2013; and

17    WHEREAS, the Parties have agreed that good cause exists to stay all

18   deadlines and hearing dates in this action for 30 days;

19    NOW, THEREFORE, THE PARTIES HEREBY AGREE AND

20   STIPULATE THAT all deadlines be stayed for 30 days and the July 8, 2013

21   motion for reconsideration hearing and July 17, 2013 claim construction hearing be

22   canceled, and jointly respectfully request that the Court enter the attached

23   Proposed Order granting same.

24

25   Dated:  June 21, 2013       Respectfully submitted,

26                              RUSS AUGUST & KABAT

27                              By:/s/ Andrew D. Weiss

28                              Attorneys for Plaintiff
                                Linksmart Wireless Technology, LLC

_RUSS, AUGUST & KABAT_

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUSS, AUGUST & KABAT

WILMER CUTLER PICKERING HALE
AND DORR LLP

By: */s/ Noah Levine*

Attorney for Defendant-Counterclaimant T-
Mobile USA, Inc.

PERKINS COIE LLP

By: */s/ Michael D. Broaddus*

Attorney for Defendant-Counterclaimant
iBAHN General Holdings Corp.

GODFREY AND KAHN SC

By: */s/ James D. Peterson*

Attorney for Defendants-Counterclaimants
Ethostream LLC and Ramada Worldwide Inc.

CROWELL AND MORING LLP

By: */s/ Brian Koide*

Attorney for Defendant-Counterclaimant
Marriott International Inc.

DLA PIPER LLP (US)

By: */s/ Steven J. Reynolds*

Attorneys for Defendants-Counterclaimants
Six Continents Hotels, Inc. and
Intercontinental Hotels Group Resources, Inc.

WILEY REIN LLP

By: */s/ Gregory R. Lyons*

Attorneys for Defendant Choice Hotels
International, Inc.

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SNELL & WILMER L.L.P.

BY: */s/David E. Rogers*
_____

Attorneys for Defendant
Best Western International, Inc.

RUSS, AUGUST & KABAT

STIPULATION TO STAY PENDING PREPARATION OF SETTLEMENT AGREEMENT