RUSS AUGUST & KABAT
Marc A. Fenster (SBN: 181067)
Email: mfenster@raklaw.com
Irene Y. Lee (SBN: 213625)
Email: ilee@raklaw.com
Andrew D. Weiss (SBN: 232974)
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff-Counterclaim Defendant Linksmart Wireless Technology, LLC*

(*Caption continued on next page*)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>T-MOBILE USA, INC., et al.,<br><br>          Defendants. | Case No. SACV12-00522-AG<br><br>**SECOND JOINT STIPULATION TO STAY THE CASE PENDING PREPARATION OF SETTLEMENT AGREEMENTS**<br><br>Hon. Andrew J. Guilford |
| AND RELATED COUNTERCLAIMS | |

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

| | |
|---|---|
| 1 | David B. Bassett (*Pro Hac Vice*) |
|   | david.bassett@wilmerhale.com |
| 2 | Noah Levine (*Pro Hac Vice*) |
|   | noah.levine@wilmerhale.com |
| 3 | Adam P. Romero (*Pro Hac Vice*) |
|   | adam.romero@wilmerhale.com |
| 4 | Sadaf R. Abdullah (*Pro Hac Vice*) |
|   | sadaf.abdullah@wilmerhale.com |
| 5 | WILMER CUTLER PICKERING |
|   | HALE AND DORR LLP |
| 6 | 7 World Trade Center |
|   | New York, New York 10007 |
| 7 | Telephone: (212) 230-8800 |
|   | Facsimile: (212) 230-8888 |

Bethany Stevens (SBN: 245672)
Bethany.stevens@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Kate Saxton (*Pro Hac Vice*)
kate.saxton@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6253
Facsimile: (617) 526-5000

*Attorneys for Defendant-Counterclaimant T-Mobile USA, Inc.*

Grant E. Kinsel (SBN: 172407)
gkinsel@perkinscoie.com
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 788-9900
Facsimile: (310) 788-3399

Michael D. Broaddus (*Pro Hac Vice*)
mbroaddus@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8694
Facsimile: (206) 359-9694

*Attorneys for Defendant-Counterclaimant iBAHN General Holdings Corp.*

Second Stipulation to Stay Pending
Preparation of Settlement Agreements
CV12-522-AG

1  David M. Stein (SBN: 198256)
   dstein@akingump.com
2  Akin Gump Strauss Hauer and Feld LLP
   633 West Fifth Street Suite 5000
3  Los Angeles, CA 90071
   Telephone: (213) 254-1200
4  Facsimile: (213) 229-1001

5  James D. Peterson (*Pro Hac Vice*)
   jpeterson@gklaw.com
6  Godfrey and Kahn SC
   One East Main Street, PO Box 2719
7  Madison, WI 53701-2719
   Telephone: (608) 257-3911
8  Facsimile: (608) 257-0609
   Brian G Gilpin (*Pro Hac Vice*)
9  bgilpin@gklaw.com
   Godfrey and Kahn SC
10 780 North Water Street
   Milwaukee, WI 53202
11 Telephone: 414-273-3500
   Facsimile: 414-273-5198

12
   *Attorneys for Defendants-Counterclaimants Ethostream LLC and Ramada*
13 *Worldwide Inc.*

14 John S. Gibson (SBN: 140647)
   jgibson@crowell.com
15 Crowell and Moring LLP
   3 Park Plaza, 20th Floor
16 Irvine, CA 92614-8414
   Telephone: (949) 263-8400
17 Facsimile: (949) 263-8414

18 Brian M. Koide (*Pro Hac Vice*)
   bkoide@crowell.com
19 Craig P. Lytle (*Pro Hac Vice*)
   clytle@crowell.com
20 John L. Cuddihy (*Pro Hac Vice*)
   jcuddihy@crowell.com
21 Crowell and Moring LLP
   1001 Pennsylvania Avenue, N.W.
22 Washington, D.C. 20004
   Telephone: (202) 624-2931
23 Facsimile: (949) 263-8414

24 *Attorneys for Defendant-Counterclaimant Marriott International Inc.*

25 John M. Guaragna (SBN: 199277)
   john.guaragna@dlapiper.com
26 DLA Piper LLP (US)
   401 Congress Avenue, Suite 2500
27 Austin, Texas 78701-3799
   Telephone: (512) 457-7125
28 Facsimile: (512) 721 2325

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Erin Paige Gibson (SBN: 229605)
erin.gibson@dlapiper.com
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 699-2862

*Attorneys for Defendants-Counterclaimants Six Continents Hotels, Inc. and Intercontinental Hotels Group Resources, Inc.*

George B. Newhouse, Jr. (SBN: 107036)
gnewhouse@brownwhitelaw.com
Brown White & Newhouse, Jr.
333 South Hope St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 613-0500
Facsimile: (213) 613-0550

Gregory R. Lyons (*Pro Hac Vice*)
glyons@wileyrein.com
Kevin P. Anderson (*Pro Hac Vice*)
kanderson@wileyrein.com
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Attorneys for Defendant Choice Hotels International, Inc.*

Elizabeth M. Weldon (SBN: 223452)
eweldon@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

David E. Rogers (*Pro Hac Vice*)
drogers@swlaw.com
Sid Leach (*Pro Hac Vice*)
sleach@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602)382-6070

*Attorneys for Defendant Best Western International, Inc.*

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Second Stipulation to Stay Pending
Preparation of Settlement Agreements
CV12-522-AG

1   Plaintiff and Counterclaim-Defendant Linksmart Wireless Technology, LLC ("Linksmart") and Defendants and Counterclaimants T-Mobile USA, Inc., iBahn General Holdings Corp., Ethostream, LLC, Ramada Worldwide, Inc., Marriott International, Inc., Six Continents Hotels, Inc., InterContinental Hotels Group Resources, Inc., Choice Hotels International, Inc. and Best Western International, Inc. (collectively, "Defendants") (Linksmart and Defendants collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on June 20, 2013, the Parties agreed in principle to settlement of this action;

WHEREAS, on June 21, 2013, the Parties filed a joint stipulation to stay the case for 30 days pending preparation of the final settlement agreement, and requested that the Court order the same;

WHEREAS, on June 26, 2013, the Court granted the Parties' request, stayed the case until July 29, 2013, and calendared a status conference for July 29, 2013 in the event the case was not settled by that date;

WHEREAS, the Parties have worked diligently to draft settlement agreements but require additional time to finalize those agreements due to the number of Parties involved;

WHEREAS, the Parties believe that it will likely take at least 30 additional days to finalize the settlement agreements;

WHEREAS, the Parties believe it would be most efficient for the Court and the Parties to stay the case until and including August 28, 2013 and postpone any conference with the Court until after that date;

NOW, THEREFORE, the Parties hereby agree and stipulate that good cause exists to stay the case until and including August 28, 2013 and postpone any

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

1

Second Stipulation to Stay Pending
Preparation of Settlement Agreements
CV12-522-AG

1  conference with the Court until after that date, and jointly respectfully request that
2  the Court enter the attached Proposed Order granting the same.

4  DATED: July 24, 2013                Respectfully Submitted,

5                                      RUSS AUGUST & KABAT

6                                      By: */s/ Andrew D. Weiss*

7                                      Attorney for Plaintiff-Counterclaim
8                                      Defendant Linksmart Wireless Technology,
9                                      LLC.

10                                     WILMER CUTLER PICKERING HALE
11                                        AND DORR LLP

12                                     By: */s/ Noah Levine*

13                                     Attorney for Defendant-Counterclaimant T-
14                                     Mobile USA, Inc.

15                                     PERKINS COIE LLP

16                                     By: */s/ Michael D. Broaddus*

17                                     Attorney for Defendant-Counterclaimant
18                                     iBAHN General Holdings Corp.

19                                     GODFREY AND KAHN SC

20                                     By: */s/ James D. Peterson*

21                                     Attorney for Defendants-Counterclaimants
22                                     Ethostream LLC and Ramada Worldwide
                                       Inc.
23
                                       CROWELL AND MORING LLP
24
25                                     By: */s/ Brian Koide*

26                                     Attorney for Defendant-Counterclaimant
                                       Marriott International Inc.
27
28

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

DLA PIPER LLP (US)

By: */s/ John M. Guaragna*

Attorneys for Defendants-Counterclaimants Six Continents Hotels, Inc. and Intercontinental Hotels Group Resources, Inc.

WILEY REIN LLP

By: */s/ Gregory R. Lyons*

Attorneys for Defendant Choice Hotels International, Inc.

SNELL & WILMER L.L.P.

BY: */s/ David E. Rogers*

Attorneys for Defendant
Best Western International, Inc.

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Second Stipulation to Stay Pending
Preparation of Settlement Agreements
3                                  CV12-522-AG

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2013, I electronically filed the foregoing Second Joint Stipulation to Stay Pending Preparation of Settlement Agreement through the Court's Electronic Case Filing ("ECF") System. Notice of each filing is being served upon all counsel of record automatically through the ECF System.

*/s/ Adam P. Romero*

Adam P. Romero

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Second Stipulation to Stay Pending
Preparation of Settlement Agreements
CV12-522-AG

4