One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

*Attorneys for Defendant Best Western International, Inc.*

STAYED/JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., ET AL.<br><br>Defendants. | Case No. SACV 12-522 AG (ANx)<br><br>**ORDER GRANTING STIPULATION TO STAY PENDING PREPARATION OF SETTLEMENT AGREEMENT**<br><br>The Honorable Andrew J. Guilford<br>United States District Court Judge |

RUSS, AUGUST & KABAT

# ORDER

WHEREAS, on June 21, 2013, the parties entered into a Stipulation agreeing to stay this action for 30 days to allow the parties to prepare a final settlement, and good cause appearing, the Court orders as follows:

This litigation and all current deadlines are stayed for 30 days and the July 8, 2013 motion for consideration and July 17, 2013 claim construction hearings are VACATED. If the parties have not entered into a final settlement agreement by July 29, 2013, the parties shall report for a status conference that date at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 26, 2013

_____
Honorable Andrew J. Guilford
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO STAY PENDING PREPARATION OF SETTLEMENT AGREEMENT