UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 12-00522 AG (ANx) | Date | July 26, 2013 |
|---|---|---|---|
| Title | LINKSMART WIRELESS TECHNOLOGY, LLC v. T-MOBILE USA, INC., ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings:**  [IN CHAMBERS] ORDER DENYING REQUEST TO CONTINUE HEARING

The parties have filed a stipulation seeking to continue the status conference scheduled for July 29, 2013. (Dkt. No. 163.) The Court DENIES the request to continue the status conference.

                                                                                               :    0

Initials of Preparer    enm