Grant Kinsel (SBN 172407)
GKinsel@perkinscoie.com
Michael J. Song (SBN 243675)
MSong@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1800
Los Angeles, CA 90067-1721
Telephone: (310) 788-9900
Facsimile: (310) 788-3399

Michael D. Broaddus (pro hac vice)
MBroaddus@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Defendant
**iBAHN General Holdings Corp.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., et al.,<br><br>Defendants. | Case No. 8:12-cv-00522-AG-AN<br><br>**NOTICE OF APPEARANCE**<br><br>Hon. Andrew J. Guilford |
| And Related Counterclaims | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Michael J. Song of Perkins Coie LLP, hereby enters his appearance as attorney for Defendant iBAHN General Holdings Corp. and respectfully requests that his name be added to the list of ECF recipients for this case. Copies of all documents and pleadings with regard to this litigation, excluding original process, are to be served on the undersigned counsel.

DATED:  July 26, 2013          **PERKINS COIE LLP**

By: */s/ Michael J. Song*
    Michael J. Song (SBN 243675)
    MSong@perkinscoie.com

Attorneys for Defendant
**iBAHN General Holdings Corp.**