RUSS AUGUST & KABAT
Larry C. Russ, State Bar No. 082760
Email: lruss@raklaw.com
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff
Linksmart Wireless Technology, LLC

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>T-MOBILE USA, INC., et al.<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | **Case No. SACV12-00522 AG (ANx)**<br><br>**JOINT MOTION TO DISMISS BEST WESTERN INTERNATIONAL, INC. WITH PREJUDICE** |

2926-001 130826 MT Dismiss BWI.docx

**PLAINTIFF LINKSMART WIRELESS TECHNOLOGY, LLC'S JOINT MOTION TO DISMISS BEST WESTERN INTERNTIOANL, INC. WITH PREJDUICE**

1  Plaintiff Linksmart Wireless Technology, Inc. ("Linksmart") and Defendant
2  Best Western International, Inc. ("BWI"), by and through their undersigned
3  counsel, hereby move for an order dismissing all claims and counterclaims for
4  relief between Linksmart and BWI in the above identified action WITH
5  PREJUDICE pursuant to Federal Rule of Civil Procedure 41 and pursuant to a
6  confidential license agreement between the Parties.

7  The Parties further stipulate that each party shall be responsible for its own
8  fees and costs.

9  Dated: August 26, 2013                             Respectfully submitted,

10 Snell & Wilmer L.L.P.                              RUSS, AUGUST & KABAT

12 By: */s/ David E. Rogers*                          By: */s/ Andrew D. Weiss*

13     Elizabeth M. Weldon (#223452)                      RUSS AUGUST & KABAT
       eweldon@swlaw.com                                  Larry C. Russ
14     Snell & Wilmer L.L.P.                              lruss@raklaw.com
       600 Anton Boulevard, Suite 1400                    Marc A. Fenster
15     Costa Mesa, California 92626-                      mfenster@raklaw.com
       7689                                               Irene Y. Lee
16     Telephone: 714.427.7000                            ilee@raklaw.com
       Facsimile  714.427.7799                            Andrew D. Weiss
17                                                        aweiss@raklaw.com
       David E. Rogers (*Pro Hac Vice*)                   Michael T. Boardman
18     drogers@swlaw.com                                  mboardman@raklaw.com
       Sid Leach (*Pro Hac Vice*)                         Tel: 310-826-7474
19     sleach@swlaw.com                                   Fax: 310-826-6991
       Snell & Wilmer L.L.P.                              12424 Wilshire Blvd., 12th Floor
20     One Arizona Center                                 Los Angeles, CA 90025
       400 E. Van Buren
21     Phoenix, AZ 85004-2202                             Attorney for Plaintiff
       Telephone: 602.382.6000                            Linksmart Wireless Network, LLC
22     Facsimile:  602.382.6070

23     Attorneys for Defendant
       Best Western International, Inc.

2926-001 130826 MT Dismiss BWI.docx                     1

**PLAINTIFF LINKSMART WIRELESS TECHNOLOGY, LLC'S JOINT MOTION TO DISMISS BEST WESTERN INTERNTIOANL, INC. WITH PREJDUICE**

| | |
|---|---|
| DATED: August 26, 2013 | Respectfully submitted, |
| | RUSS, AUGUST & KABAT |
| | By: /s/ *Andrew D. Weiss* |
| |    Larry C. Russ<br>   Marc A. Fenster<br>   Andrew D. Weiss |
| | Attorneys for Plaintiff<br>Linksmart Wireless Technology, LLC |

2926-001 130826 MT Dismiss BWI.docx

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2013, the foregoing document was filed electronically via the Court's Electronic Case Filing System (ECF).  Notice of the filing is being served upon all counsel of record automatically through Notice of Electronic Filing.

/s/ Andrew D. Weiss
Andrew D. Weiss

2926-001 130826 MT Dismiss BWI.docx

3

**PLAINTIFF LINKSMART WIRELESS TECHNOLOGY, LLC'S JOINT MOTION TO DISMISS BEST WESTERN INTERNTIOANL, INC. WITH PREJDUICE**