# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE USA, INC., et al.<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | **Case No. SACV12-00522 AG (ANx)**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS BEST WESTERN INTERNATIONAL, INC. WITH PREJUDICE** |

# ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Motion to Dismiss all claims and counterclaims asserted between plaintiff, Linksmart Wireless Technology, LLC ("Linksmart"), and Defendant Best Western International, Inc. ("BWI"), in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Linksmart and BWI are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**IT IS SO ORDERED.**

Dated: August 28, 2013

_____
Honorable Andrew J. Guilford
United States District Judge