Michael J. Song, Bar No. 243675
Email: MSong@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park E
Suite 1700
Los Angeles, CA 90067-1721
Telephone:     310.788.9900
Facsimile:     310.788.3399

Michael D. Broaddus (admitted pro hac vice)
Email: MBroaddus@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Ave.
Suite 4900
Seattle, WA 98101
Telephone:   206.359.8000
Facsimile:   206.359.9000

Attorneys for Defendant **iBAHN General Holdings Corp.**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Linksmart Wireless Technology, LLC,**<br><br>                              *Plaintiff*,<br><br>                        v.<br><br>1) **T-Mobile USA, Inc.,**<br>2) **Lodgenet Interactive Corp.,**<br>3) **iBAHN General Holdings Corp.,**<br>4) **Ethostream, LLC,**<br>5) **Ramada Worldwide, Inc.,**<br>6) **Marriott International, Inc.**<br>7) **Six Continents Hotels, Inc.;**<br>8) **Intercontinental Hotels Group Resources, Plc;**<br>9) **Choice Hotels International, Inc., and**<br>10) **Best Western International, Inc.**<br><br>                              *Defendants.* | Case No. SACV12-00522 AG (ANx)<br><br>**Defendant iBAHN General Holdings Corp.'s Notice of Bankruptcy Stay Under 11 U.S.C. § 362**<br><br>Hon. Andrew J. Guilford |

## DEFENDANT iBAHN GENERAL HOLDINGS CORP.'S NOTICE OF BANKRUPTCY STAY UNDER 11 U.S.C. § 362

PLEASE TAKE NOTICE that on September 6, 2013, Defendant iBAHN General Holdings Corp. ("iBAHN") filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. Under 11 U.S.C. § 362, the filing of the petition stays this litigation against defendant iBAHN.

DATED: September 6, 2013

          Respectfully submitted,

          **PERKINS COIE LLP**

          By: */s/* Michael J. Song
               Michael J. Song

          Attorneys for **Defendant iBAHN General Holdings Corp.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2013, I electronically filed the foregoing **Defendant iBAHN General Holdings Corp.'s Notice of Bankruptcy Stay Under 11 U.S.C. § 362** through the Court's Electronic Case Filing ("ECF") System. Notice of each filing is being served upon all counsel of record automatically through the ECF System.

*/s/* Michael J. Song  
Michael J. Song