RUSS AUGUST & KABAT
Marc A. Fenster (SBN: 181067)
Email: mfenster@raklaw.com
Irene Y. Lee (SBN: 213625)
Email: ilee@raklaw.com
Andrew D. Weiss (SBN: 232974)
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff-Counterclaim Defendant Linksmart Wireless Technology, LLC*

(*Caption continued on next page*)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. SACV12-00522-AG<br><br>**NOTICE OF SETTLEMENT AGREEMENT BETWEEN LINKSMART WIRELESS TECHNOLOGY, LLC AND T-MOBILE USA, INC.**<br><br>Hon. Andrew J. Guilford |

David B. Bassett (*Pro Hac Vice*)
david.bassett@wilmerhale.com
Noah Levine (*Pro Hac Vice*)
noah.levine@wilmerhale.com
Adam P. Romero (*Pro Hac Vice*)
adam.romero@wilmerhale.com
Sadaf R. Abdullah (*Pro Hac Vice*)
sadaf.abdullah@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Bethany Stevens (SBN: 245672)
Bethany.stevens@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Kate Saxton (*Pro Hac Vice*)
kate.saxton@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6253
Facsimile: (617) 526-5000

*Attorneys for Defendant-Counterclaimant T-Mobile USA, Inc.*

In advance of the September 9, 2013 status conference, Linksmart Wireless Technology, LLC and T-Mobile USA, Inc. notify the Court that they have executed an agreement settling all claims and counterclaims between them in this litigation. Pursuant to the settlement agreement, Linksmart and T-Mobile will file a joint motion to dismiss all claims and counterclaims between Linksmart and T-Mobile by October 1, 2013.

DATED: September 6, 2013     Respectfully Submitted,

RUSS AUGUST & KABAT

By: */s/ Andrew D. Weiss*

Attorney for Plaintiff-Counterclaim Defendant Linksmart Wireless Technology, LLC.

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Noah Levine*

Attorney for Defendant-Counterclaimant T-Mobile USA, Inc.

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Notice of Settlement Agreement
CV12-522-AG

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2013, I electronically filed the foregoing Notice of Settlement Agreement Between Linksmart Wireless Technology, LLC and T-Mobile USA, Inc. through the Court's Electronic Case Filing ("ECF") System. Notice of each filing is being served upon all counsel of record automatically through the ECF System.

*/s/ Adam P. Romero*

Adam P. Romero