RUSS AUGUST & KABAT
Larry C. Russ, State Bar No. 082760
Email: lruss@raklaw.com
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff
Linksmart Wireless Technology, LLC

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | **Case No. SACV12-00522 AG (ANx)**<br><br>**JOINT MOTION TO DISMISS INTERCONTINENTAL HOTELS GROUP RESOURCES, INC. AND SIX CONTINENTS HOTELS, INC. WITH PREJUDICE** |

1  Plaintiff Linksmart Wireless Technology, Inc. ("Linksmart") and Defendants
2  InterContinental Hotels Group Resources, Inc. and Six Continents Hotels, Inc.
3  ("InterContinental"), by and through their undersigned counsel, hereby move for an
4  order dismissing all claims and counterclaims for relief between Linksmart and
5  InterContinental in the above identified action WITH PREJUDICE pursuant to
6  Federal Rule of Civil Procedure 41 and pursuant to a confidential license
7  agreement between the Parties.

8  The Parties further stipulate that each party shall be responsible for its own
9  fees and costs.

10 Dated: September 10, 2013     Respectfully submitted,

11 DLA Piper LLP (US)            RUSS, AUGUST & KABAT

12 By: */s/ Erin P. Gibson*      By: */s/ Andrew D. Weiss*

   Erin P. Gibson                RUSS AUGUST & KABAT
   erin.gibson@dlapiper.com      Larry C. Russ
   401 B Street, Suite 1700      lruss@raklaw.com
   San Diego, CA 92101           Marc A. Fenster
   Tel: 619-699-2700             mfenster@raklaw.com
   Fax: 619-699-2701             Irene Y. Lee
                                 ilee@raklaw.com
                                 Andrew D. Weiss
   John M. Guaragna              aweiss@raklaw.com
   john.guaragna@dlapiper.com    Michael T. Boardman
   DLA Piper LLP (US)            mboardman@raklaw.com
   401 Congress Avenue, Suite 2500  Tel: 310-826-7474
   Austin, Texas 78701           Fax: 310-826-6991
   Tel:                          12424 Wilshire Blvd., 12th Floor
   Fax:                          Los Angeles, CA 90025

   Attorney for Defendants       Attorney for Plaintiff
   InterContinental Hotels Group Linksmart Wireless Network, LLC
   Resources, Inc. and Six Continents
   Hotels, Inc.

2926-001 130910 MT Dismiss IHGR Six Continents.docx          1

**PLAINTIFF LINKSMART WIRELESS TECHNOLOGY, LLC'S JOINT MOTION TO DISMISS INTERCONTINTAL HOTELS GROUP RESOURCES, INC. AND SIX CONTINENTS HOTELS, INC. WITH PREJUDICE**

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2013, the foregoing document was filed electronically via the Court's Electronic Case Filing System (ECF). Notice of the filing is being served upon all counsel of record automatically through Notice of Electronic Filing.

*/s/ Andrew D. Weiss*
Andrew D. Weiss

2926-001 130910 MT Dismiss IHGR Six Continents.docx   2

**PLAINTIFF LINKSMART WIRELESS TECHNOLOGY, LLC'S JOINT MOTION TO DISMISS INTERCONTINTAL HOTELS GROUP RESOURCES, INC. AND SIX CONTINENTS HOTELS, INC. WITH PREJUDICE**