RUSS AUGUST & KABAT
Larry C. Russ, State Bar No. 082760
Email: lruss@raklaw.com
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone: 310.826.7474
Facsimile:  310.826.6991

Attorneys for Plaintiff
Linksmart Wireless Technology, LLC

(*Caption continued on next page*)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC, | **Case No. SACV12-00522 AG (ANx)** |
| Plaintiff, | **JOINT MOTION TO DISMISS T-MOBILE USA, INC.** |
| v. | |
| T-MOBILE USA, INC., et al. | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RUSS, AUGUST & KABAT

David B. Bassett (*Pro Hac Vice*)
david.bassett@wilmerhale.com
Noah Levine (*Pro Hac Vice*)
noah.levine@wilmerhale.com
Adam P. Romero (*Pro Hac Vice*)
adam.romero@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Bethany Stevens (SBN: 245672)
Bethany.stevens@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Attorneys for Defendant-Counterclaimant
T-Mobile USA, Inc.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Linksmart Wireless Technology, LLC ("Linksmart") and T-Mobile USA, Inc. ("T-Mobile") have agreed to settle, adjust and compromise all claims in the above-captioned action.  The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by Linksmart against T-Mobile with prejudice and all claims by T-Mobile against Linksmart made therein without prejudice to the re-filing of the same.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.

AGREED:

Dated: September 27, 2013

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: */s/ Noah A. Levine*

WILMER CUTLER PICKERING
HALE AND DORR LLP
Noah Levine (*Pro Hac Vice*)
noah.levine@wilmerhale.com
7 World Trade Center
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorney for Defendant-
Counterclaimant T-Mobile USA, Inc.

Respectfully submitted,

RUSS, AUGUST & KABAT

By: */s/ Andrew D. Weiss*

RUSS AUGUST & KABAT
Larry C. Russ
lruss@raklaw.com
Marc A. Fenster
mfenster@raklaw.com
Irene Y. Lee
ilee@raklaw.com
Andrew D. Weiss
aweiss@raklaw.com
Michael T. Boardman
mboardman@raklaw.com
Tel:  310-826-7474
Fax:  310-826-6991
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA  90025

Attorney for Plaintiff
Linksmart Wireless Network, LLC

RUSS, AUGUST & KABAT

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUSS, AUGUST & KABAT

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2013, the foregoing document was filed electronically via the Court's Electronic Case Filing System (ECF).  Notice of the filing is being served upon all counsel of record automatically through Notice of Electronic Filing.

*/s/ Andrew D. Weiss*
Andrew D. Weiss