**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE USA, INC., et al.<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV12-00522 AG (ANx)<br><br>**ORDER**<br>**GRANTING JOINT MOTION TO**<br>**DISMISS T-MOBILE USA, INC.** |

RUSS, AUGUST & KABAT

# ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff and Counterclaim Defendant Linksmart Wireless Technology, LLC ("Linksmart") and Defendant and Counterclaimant T-Mobile USA, Inc. ("T-Mobile"), announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request of dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims against T-Mobile by Linksmart herein are dismissed, with prejudice as to the re-filing of same and all claims against Linksmart by T-Mobile are dismissed without prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by the party that incurred them.

This is a final judgment.

**IT IS SO ORDERED.**

Dated: October 10, 2013

_____
Honorable Andrew J. Guilford
United States District Judge

---

1

**ORDER GRANTING JOINT MOTION TO DISMISS T-MOBILE USA, INC.**